UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:23-cv-02593-JLS (SK) | Date: July 10, 2023 |
| Title   Warren Johnson v. T.D.I. Properties Inc. | |

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff filed suit against Defendant TDI Properties for allegedly discriminating against him in various ways because he is African American, in violation of the Fair Housing Act and Title VII of the Civil Rights Act of 1964.  (ECF 1).  The Court issued a screening order on May 24, 2023, outlining the many factual and legal deficiencies in Plaintiff's complaint.  (ECF 10).  That order gave Plaintiff until **June 24, 2023**, to voluntarily dismiss or amend his complaint in light of those deficiencies.  Plaintiff has failed to respond to that order.

Plaintiff is thus ordered to show cause by **July 24, 2023**, why this action should not be dismissed for lack of prosecution.  Plaintiff may discharge this order by complying with the instructions in the January 2023 screening order.  If Plaintiff files no notice of voluntary dismissal (using the attached Form CV-09), no amended complaint, or no written response to this order by July 24, 2023, this action will be dismissed involuntarily for failure to prosecute with no further warning.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.