JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>TDI PROPERTIES INC.,<br><br>        Defendant. | Case No. 2:23-cv-02593-JLS (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Lack of Prosecution, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: August 8, 2023

_____
JOSEPHINE L. STATON
United States District Judge